UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CARLOS JOEL ALMANZAR-LORA

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 217 ( ) ( )

Defendant __Carlos Joel Almanzar-Lora__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_/s/ Andrew Dalack_ For Almanzar-Lora      _/s/ Andrew Dalack_
Defendant's Signature                                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Carlos Joel Almanzar-Lora             Andrew Dalack
Print Defendant's Name                                      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/26/21                                              _/s/_
Date                                                        U.S. District Judge/U.S. Magistrate Judge